# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| THOMAS G. VAIL. | ) | |
| Plaintiff(s), | ) | 2:11-cv-00588-RLH-CWH |
| vs. | ) | **O R D E R** |
| WARREN STEPHENS, *et al.,* | ) | |
| Defendant(s). | ) | |

Pursuant to Magistrate Judge C.W. Hoffman, Jr.'s Order (#5, filed October 5, 2011) wherein it was ordered that Plaintiff should file an amended complaint within thirty (30) days and failure to comply may result in the recommendation that this action be dismissed. On November 4, 2011, Plaintiff filed a Motion to Extend Time to File Amended Complaint (#7) and this Court granted the Motion by Order (#8) on November 8, 2011 giving the Plaintiff until December 5, 2011 to file an amended complaint. No amended complaint has been filed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above entitled matter be, and is hereby dismissed with prejudice for failure to comply with Order (#8).

IT IS FURTHER ORDERED that the Clerk of Court shall enter a Judgment of Dismissal of this case in its entirety.

Dated: April 30, 2012.

_____
**Roger L. Hunt**
**United States District Judge**